UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PEDRO TAVERAS,**

    **Plaintiff(s),**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO: 8:11-CV-2254-T-30AEP**

**McKESSON CORPORATION,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 21, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2254 dismiss 4.docx